UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

Donnell Williams,

        Plaintiff,                      Case No. 2:21-cv-39

v.                                        Honorable Paul L. Maloney

Charles Carlson et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   August 24, 2021                    /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge